# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2015

152075

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 152075
COA: 327015
Muskegon CC: 13-063905-FC

TERRY WESLEY RAAP,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the July 17, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015



Clerk

t1202